**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Israel PINEDA, a.k.a. Becerro, a.k.a.**
**Borrego, Defendant–Appellant.**

**No. 14–10419**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 24, 2014.

Lisa Wilson Tarvin, Dahil Dueno Goss, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Israel Pineda, Loretto, PA, pro se.

---

1. We find no merit to Mr. Ghee's unsubstantiated argument that the bankruptcy court and the district court violated his right to equal protection of the laws or his right to contract.

Before JORDAN, JILL PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Mary Erickson, appointed counsel for Israel Pineda in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Pineda's convictions and sentences are **AFFIRMED.** However, we *sua sponte* **REMAND** for the limited purpose of correcting a scrivener's error in Count 2 of the written judgment. The statute of conviction should read 18 U.S.C. § 1956(a)(2)(A), (h), rather than solely 18 U.S.C. § 1956(a)(2)(A).